Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Rebel Arms Corp. | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Rebel Army <br> Rebel Arms | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-4026555 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 67 Mill Creek Road | |
| | | Number    Street | Number    Street |
| | | | P.O. Box |
| | | East Stroudsburg    PA    18301 | |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | Monroe County | 818 Interchange Rd |
| | | County | Number    Street |
| | | | Kresgeville    PA    18333 |
| | | | City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | rebelarms.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

        District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                        MM / DD / YYYY

        Case number, if known _____

Case 5:19-bk-01175-RNO    Doc 1    Filed 03/25/19    Entered 03/25/19 15:26:31    Desc
Main Document     Page 2 of 57

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|--------|--------|

_____

| City | State | ZIP Code |
|------|-------|----------|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|--|--|--|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|--|--|--|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Case 5:19-bk-01175-RNO    Doc 1    Filed 03/25/19    Entered 03/25/19 15:26:31    Desc
Main Document    Page 3 of 57

| Debtor | Rebel Arms Corp. | Case number (if known) |
|--------|------------------|------------------------|
|        | Name             |                        |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/25/2019
MM / DD / YYYY

✘ /s/ Thomas Patti                          Thomas Patti
Signature of authorized representative of debtor     Printed name

Title President

**18. Signature of attorney**

✘ /s/ Patrick Best                    Date 03/25/2019
Signature of attorney for debtor          MM / DD / YYYY

Patrick Best
Printed name

ARM Lawyers
Firm name

18 N. 8th St.
Number          Street

Stroudsburg                          PA          18360
City                                 State       ZIP Code

570-424-6899                         patrick@armlawyers.com
Contact phone                        Email address

309732                               PA
Bar number                           State

---

Fill in this information to identify the case:

Debtor name _____Rebel Arms Corp._____

United States Bankruptcy Court for the: ____Middle District of Pennsylvania____
                                     (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals
                      **12/15**

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* .................................................    $ _____0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................    $ _____386,722.00

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* .............................................    $ _____386,722.00

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................................    $ _____40,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................    $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................    +$ _____711,731.91

4. **Total liabilities** .................................................................................................................    $ _____751,731.91
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Rebel Arms Corp.
_____

United States Bankruptcy Court for the:   Middle District of Pennsylvania

Case number (If known):    _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Business Backer, LLC 10856 Reed Hartman Highway Suite 100 Cincinnati, OH, 45242 | | Monies Loaned / Advanced | Disputed | | | 42,770.58 |
| 2 | Clearant LLC 222 S Central Ave #700 Clayton, MO, 63105 | 314-449-8506 | Services | Disputed | | | 39,536.00 |
| 3 | Jason Troxell 133 Steele Road Plymouth, PA, 18651 | | Monies Loaned / Advanced | Disputed | | | 36,000.00 |
| 4 | Michael Pittenger 500 East Las Olas Blvd. Apt 3301 Fort Lauderdale, FL, 33301 | | Monies Loaned / Advanced | | | | 31,000.00 |
| 5 | PNC Bank 249 Fifth Avenue, One PNC Plaza Pittsburgh, PA, 15222 | 888-514-9121 | Monies Loaned / Advanced | Disputed | | | 17,149.00 |
| 6 | The Armory 818 Interchange Rd. Kresgeville, PA, 18333 | 610-681-4867 | Monies Loaned / Advanced | | | | 13,000.00 |
| 7 | GSD Coatings 2 Industrial Dr Suite G Keyport, NJ, 7735 | | Suppliers or Vendors | Disputed | | | 10,229.56 |
| 8 | Chase PO Box 15123 Wilmington, DE, 19850 | 800-945-2028 | Credit Card Debt | Disputed | | | 5,291.07 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Capital One PO Box 30281 Salt Lake City, UT, 84130 | 800-955-6600 | Credit Card Debt | Disputed | | | 5,060.35 |
| 10 | EOTech, Inc. 1201 E. Ellsworth Ann Arbor, MI, 48108 | 734-527-2233 Cheryl.poore@l3t.com | Suppliers or Vendors | Disputed | | | 4,974.00 |
| 11 | Sweetwater Police Department 500 SW 109th Ave Miami, FL, 33174 | | Deposit for Product | | | | 4,168.78 |
| 12 | American Express Global Merchant Services PO Box 299051 Fort Lauderdale, FL, 33329 | 866-797-6780 | Services | Disputed | | | 3,930.21 |
| 13 | Jeff Sladkus, Esq. 444 Madison Avenue, 6th Floor New York, NY, 10022 | 404-252-0900 | Services | | | | 3,215.00 |
| 14 | Clearant LLC 222 S Central Ave #700 Clayton, MO, 63105 | | Services | Disputed | | | 2,977.00 |
| 15 | PNC Bank 249 Fifth Avenue, One PNC Plaza Pittsburgh, PA, 15222 | 617-581-1073 | Overdrawn Bank Account | Disputed | | | 2,701.23 |
| 16 | Aetna PO Box 67103 Harrisburg, PA, 17106 | | Services | | | | 2,629.58 |
| 17 | PayPal Inc. 2211 North First Street San Jose, CA, 95131 | | Services | Disputed | | | 2,281.59 |
| 18 | Barclays Card Services P.O. Box 8801 Wilmington, DE, 19899-8801 | | Credit Card Debt | Disputed | | | 2,215.03 |
| 19 | IPFS Corporation 30 Montgomery St. #501 Jersey City, NJ, 07302 | | Services | Disputed | | | 2,036.88 |
| 20 | Jessup Police Department 395 Lane St Jessup, PA, 18434 | | Deposit for Product | | | | 2,014.67 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rebel Arms Corp. |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**     $_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Rental Security Deposit     $1,125.00
   7.2. _____    $_____

| Debtor | Rebel Arms Corp. | Case number (if known) |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 1,125.00

---

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➜ $_____
    face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➜ $_____
    face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$_____

---

**Part 4:** Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____ _____% _____ $_____

15.2._____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $_____

16.2._____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

| Debtor | Rebel Arms Corp. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>Various parts | ___ MM / DD / YYYY | $_____ | Wholesale Cost | 28,000.00 |
| **20. Work in progress**<br>Various weapons in progress | ___ MM / DD / YYYY | $_____ | MSRP upon compl | 7,000.00 |
| **21. Finished goods, including goods held for resale**<br>Various weapons and parts for retail | 03/19/2019 MM / DD / YYYY | $_____ | MSRP | 20,000.00 |
| **22. Other inventory or supplies**<br> | ___ MM / DD / YYYY | $_____ | | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 55,000.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br> | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish<br> | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br> | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br> | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br> | $_____ | _____ | $_____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                              $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Misc. Office Furniture (desks, computers, filing cabinets, etc.) | $_____ | _____ | $3,500.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ | |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                              $3,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

| Debtor | Rebel Arms Corp. | Case number (if known) |
|---|---|---|
| | Name | |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2018 GMC 1500 | $ | kbb.com | $ 26,097.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Various tools, equipment | $ | | $ 6,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 32,097.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- [x] No. Go to Part 10.
- [ ] Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | | | $ | | $ |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [ ] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [ ] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- [ ] No. Go to Part 11.
- [x] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Rebel Arms Corp., Rebel Arms, Rebel Army - Tradem | $ | | $ Unknown |
| 61. **Internet domain names and websites**<br>rebelarms.com | $ 0.00 | | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $ | | $ Unknown |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill**<br>Goodwill | $ | | $ Unknown |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

| Debtor | Rebel Arms Corp. | Case number (if known) |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ — _____ = ➜ $_____

Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential claim against El Hefe, Inc.

$ 220,000.00

Nature of claim     Breach of Contract

Amount requested   $ 220,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Avoidable Preferences

$ 75,000.00

Nature of claim     Avoidable Preferences

Amount requested   $ 75,000.00

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$_____

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 295,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,125.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 55,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 32,097.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 295,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 386,722.00 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 386,722.00 ...........................................................................   $ 386,722.00

**Fill in this information to identify the case:**

Debtor name ___Rebel Arms Corp.___

United States Bankruptcy Court for the: ___Middle District of Pennsylvania___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Ally Financial
_____

**Creditor's mailing address**
1185 6th Ave,
New York, NY 10036

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___6787___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,
_____

**Describe debtor's property that is subject to a lien**
2018 GMC 1500

$ 40,000.00    $ 26,097.00

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
   $ 40,000.00

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 2

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor: Rebel Arms Corp.

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number
(If known): _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Various Customers who paid for and did not receive product.
Customer list to be provided and Schedule E to be updated as soon as possible.

As of the petition filing date, the claim is: $ Unknown   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

Basis for the claim:
Deposits by individuals

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Rebel Arms Corp. | Case number (if known) _____ |
|---|---|---|
| | Name | |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
ADT Security Services
PO Box 650485

Dallas, TX, 75265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

$ 297.99

Date or dates debt was incurred    3/1/19
Last 4 digits of account number    6167

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Aetna
PO Box 67103

Harrisburg, PA, 17106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

$ 2,629.58

Date or dates debt was incurred    2/2019
Last 4 digits of account number    8631

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
American Express
Global Merchant Services
PO Box 299051
Fort Lauderdale, FL, 33329

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

$ 3,930.21

Date or dates debt was incurred    _____
Last 4 digits of account number    1586

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Axem Distributing Inc.
PO Box 1495

Gallatin, TN, 37066-1495

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Azimuth Technology
10130 Market St.

Naples, FL, 34112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Barclays
Card Services
P.O. Box 8801
Wilmington, DE, 19899-8801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Credit Card Debt

$ 2,215.03

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Rebel Arms Corp. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Blue Ridge Communications
PO Box 316
Palmerton, PA, 18071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  7575

$ 157.93

---

**3.8** Nonpriority creditor's name and mailing address

Bootleg Inc
2334 N Welford PL

Boise, ID, 83704

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.9** Nonpriority creditor's name and mailing address

Business Backer, LLC
10856 Reed Hartman Highway
Suite 100
Cincinnati, OH, 45242

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  5299

$ 42,770.58

---

**3.10** Nonpriority creditor's name and mailing address

Capital One
PO Box 30281
Salt Lake City, UT, 84130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  2901

$ 5,060.35

---

**3.11** Nonpriority creditor's name and mailing address

Chase
PO Box 15123
Wilmington, DE, 19850

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  7056

$ 5,291.07

Case 5:19-bk-01175-RNO   Doc 1   Filed 03/25/19   Entered 03/25/19 15:26:31   Desc
Main Document    Page 20 of 57

| Debtor | Rebel Arms Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 12** | **Nonpriority creditor's name and mailing address**

Clearant LLC
222 S Central Ave
#700
Clayton, MO, 63105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 39,536.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4602

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 13** | **Nonpriority creditor's name and mailing address**

Clearant LLC
222 S Central Ave
#700
Clayton, MO, 63105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 2,977.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4037

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 14** | **Nonpriority creditor's name and mailing address**

Craddock Precision
414 S. Grove Street

Lexington, IL, 61753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 15** | **Nonpriority creditor's name and mailing address**

EOTech, Inc.
1201 E. Ellsworth

Ann Arbor, MI, 48108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,974.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 16** | **Nonpriority creditor's name and mailing address**

Forward Controls Design
17104 Palisades Circle

Pacific Palisades, CA, 90272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 564.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Rebel Arms Corp. | Case number (if known) _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17**    Nonpriority creditor's name and mailing address

Griffin Armament
801 South 12th St

Watertown, WI, 53094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,080.00

---

**3. 18**    Nonpriority creditor's name and mailing address

GSD Coatings
2 Industrial Dr
Suite G
Keyport, NJ, 7735

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 10,229.56

---

**3. 19**    Nonpriority creditor's name and mailing address

IPFS Corporation
30 Montgomery St.
#501
Jersey City, NJ, 07302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    6661

$ 2,036.88

---

**3. 20**    Nonpriority creditor's name and mailing address

Jane Joseph
117 Joseph Lane
East Stroudsburg, PA, 18301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 362,000.00

---

**3. 21**    Nonpriority creditor's name and mailing address

Jason Troxell
133 Steele Road

Plymouth, PA, 18651

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 36,000.00

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 5 of 13

Case 5:19-bk-01175-RNO   Doc 1   Filed 03/25/19   Entered 03/25/19 15:26:31   Desc
Main Document    Page 22 of 57

| Debtor | Rebel Arms Corp. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Jeff Sladkus, Esq.
444 Madison Avenue,
6th Floor
New York, NY, 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,215.00

---

**3.23** Nonpriority creditor's name and mailing address

Jessup Police Department
395 Lane St
Jessup, PA, 18434

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deposit for Product

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,014.67

---

**3.24** Nonpriority creditor's name and mailing address

Kenneth Ladlee
910 Potomac St.
Mt. Bethel, PA, 18342

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,000.00

---

**3.25** Nonpriority creditor's name and mailing address

Kirk Summa & Company
1, Dansbury Terrace

East Stroudsburg, PA, 18301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,525.00

---

**3.26** Nonpriority creditor's name and mailing address

Michael Pittenger
500 East Las Olas Blvd.
Apt 3301
Fort Lauderdale, FL, 33301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 31,000.00

| Debtor | Rebel Arms Corp. | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong>    <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.27**   **Nonpriority creditor's name and mailing address**

Mission First Tactical
411 Caredean Dr
Ste. E
Horsham, PA, 19044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 332.25

---

**3.28**   **Nonpriority creditor's name and mailing address**

National Revenue Center, TTB
Excise Tax
P.O. Box 979055
Saint Louis, MO, 63197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.29**   **Nonpriority creditor's name and mailing address**

Patriot Cases
118 Cypress Pointe

Smithfield, NC, 27577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.30**   **Nonpriority creditor's name and mailing address**

Paychex of New York, LLC
1550 Pond Road
Suite 302
Allentown, PA, 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 8281

$ 556.70

---

**3.31**   **Nonpriority creditor's name and mailing address**

PayPal Inc.
2211 North First Street
San Jose, CA, 95131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,215.00

---

| Debtor | Rebel Arms Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

PayPal Inc.
2211 North First Street
San Jose, CA, 95131

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

$ 2,281.59

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Peter Joseph
50 Club Court
Stroudsburg, PA, 18360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 81,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

PNC Bank
249 Fifth Avenue,
One PNC Plaza
Pittsburgh, PA, 15222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Overdrawn Bank Account

$ 1,814.28

Date or dates debt was incurred _____

Last 4 digits of account number _____6006_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

PNC Bank
249 Fifth Avenue,
One PNC Plaza
Pittsburgh, PA, 15222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Overdrawn Bank Account

$ 2,701.23

Date or dates debt was incurred _____

Last 4 digits of account number _____6022_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

PNC Bank
249 Fifth Avenue,
One PNC Plaza
Pittsburgh, PA, 15222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 17,149.00

Date or dates debt was incurred _____

Last 4 digits of account number _____4442_____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |
|---|---|---|---|

Primary Weapons Systems, Inc.
255 N. Steelhead Way

Boise, ID, 83704

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

| 3.38 | Nonpriority creditor's name and mailing address | | $ 585.20 |
|---|---|---|---|

Progressive
PO Box 94739

Cleveland, OH, 44101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

Date or dates debt was incurred  1/2019

Last 4 digits of account number  3311

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | | $ Unknown |
|---|---|---|---|

Radian Weapons
875 NE Kingwood Ave

Redmond, OR, 97756

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | | $ Unknown |
|---|---|---|---|

RailScales LLC
PO Box 2845

Caremore, OK, 74018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | | $ Unknown |
|---|---|---|---|

RSR Group, Inc.
4405 Metric Drive

Winter Park, FL, 32792

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  9/2018

Last 4 digits of account number  3505

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42 Nonpriority creditor's name and mailing address**

SilencerCo LLC
5511 South 6055 West

West Valley City, UT, 84118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.43 Nonpriority creditor's name and mailing address**

Streamline Storage
166 Progress St.
East Stroudsburg, PA, 18301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 240.00

---

**3.44 Nonpriority creditor's name and mailing address**

Stroudsburg Parking Enforcement
700 Sarah St.
Stroudsburg, PA, 18360

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Parking Ticket

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.45 Nonpriority creditor's name and mailing address**

Sweetwater Police Department
500 SW 109th Ave
Miami, FL, 33174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit for Product

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,168.78

---

**3.46 Nonpriority creditor's name and mailing address**

The Armory
818 Interchange Rd.

Kresgeville, PA, 18333

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,000.00

| Debtor | Rebel Arms Corp. | Case number (if known) _____ |
|--------|------------------|-----------------------------------|
|        | Name             |                                   |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

UPS
55 Glenlake Parkway NE

Atlanta, GA, 30328

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   94A0

$ 700.37

**3.48** Nonpriority creditor's name and mailing address

Verizon
PO Box 489

Newark, NJ, 07101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   0213

$ 959.92

**3.49** Nonpriority creditor's name and mailing address

Verizon PA
PO Box 28000
Lehigh Valley, PA, 18002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   0114

$ 522.16

**3.50** Nonpriority creditor's name and mailing address

Weapon Works LLC
1833 Anthony Road
Suite A
Burlington, NC, 27215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

| Debtor | Rebel Arms Corp. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Coradius International, LLC<br>35A Rust Lane<br>Boerne, TX, 78006 | Line 3.31<br>☐ Not listed. Explain: | _____ |
| 4.2. | Credit Collection Services<br>725 Canton Street<br>Norwood, MA, 02062 | Line 3.3<br>☐ Not listed. Explain | _____ |
| 4.3. | Credit Collection Services<br>725 Canton Street<br>Norwood, MA, 02062 | Line 3.34<br>☐ Not listed. Explain | _____ |
| 4.4. | CST Co.<br>PO Box 33127<br>Louisville, KY, 40232 | Line 3.41<br>☐ Not listed. Explain | _____ |
| 41. | Jeffrey R. Pfirrman<br>Graydon Head & Ritchey LLP<br>312 Walnut Street, Suite 1800<br>Cincinnati, OH, 45202 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.5. | The Receivable Management Services LLC<br>PO Box 361348<br>Columbus, OH, 43236 | Line 3.47<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 711,731.91 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 711,731.91 |

Case 5:19-bk-01175-RNO   Doc 1   Filed 03/25/19   Entered 03/25/19 15:26:31   Desc
Main Document    Page 30 of 57

Fill in this information to identify the case:

Debtor name __Rebel Arms Corp.__

United States Bankruptcy Court for the: __Middle District of Pennsylvania__

Case number (If known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Asset Purchase Agreement<br>Lessor | El Hefe, Inc.<br>6 Tiffany Drive<br>Scranton, PA, 18505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease<br>Lessee | Francisco Marque<br>65 Mill Creek Road<br>East Stroudsburg, PA, 18301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor name  Rebel Arms Corp.

United States Bankruptcy Court for the:  Middle District of Pennsylvania

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. Does the debtor have any codebtors? |
|---|
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Thomas Patti | Thomas Patti<br>67 Mill Creek Road<br>East Stroudsburg, PA, 18301 | Ally Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Thomas Patti | Thomas Patti<br>67 Mill Creek Road<br>East Stroudsburg, PA, 18301 | Streamline Storage | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Thomas Patti | Thomas Patti<br>67 Mill Creek Road<br>East Stroudsburg, PA, 18301 | Verizon PA | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Peter Joseph | Peter Joseph<br>50 Club Court<br>Stroudsburg, PA, 18360 | Chase | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Peter Joseph | Peter Joseph<br>50 Club Court<br>Stroudsburg, PA, 18360 | Clearant LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Thomas Patti | Thomas Patti<br>67 Mill Creek Road<br>East Stroudsburg, PA, 18301 | Clearant LLC | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Peter Joseph | Peter Joseph<br>50 Club Court<br>Stroudsburg, PA, 18360 | Clearant LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Thomas Patti | Thomas Patti<br>67 Mill Creek Road<br>East Stroudsburg, PA, 18301 | Clearant LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Thomas Patti | Thomas Patti<br>67 Mill Creek<br>East Stroudsburg, PA, 18301 | Capital One | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Thomas Patti | Thomas Patti<br>67 Mill Creek Road<br>East Stroudsburg, PA, 18301 | Barclays | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Thomas Patti | Thomas Patti<br>67 Mill Creek Road<br>East Stroudsburg, PA, 18301 | PayPal Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name _____Rebel Arms Corp._____

United States Bankruptcy Court for the: _Middle District of Pennsylvania___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/25/2019__            ✖ /s/ Thomas Patti _____
            MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                        Thomas Patti _____
                                        Printed name

                                        President _____
                                        Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to    Filing date | ☑ Operating a business<br>❑ Other _____ | $_____0.00 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>❑ Other _____ | $_____350,000.00 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>❑ Other _____ | $_____858,214.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to    Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Case 5:19-bk-01175-RNO    Doc 1    Filed 03/25/19    Entered 03/25/19 15:26:31    Desc
Main Document      Page 35 of 57

| Debtor | Rebel Arms Corp. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Jason  Troxell<br><sub>Creditor's name</sub><br>133 Steele Road<br>Plymouth, PA 18651 | 12/21/18<br>_____<br>_____<br>_____ | $ 36,000.00 | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other  Monies Loaned / Advanced |
| 3.2. | Clearant LLC<br><sub>Creditor's name</sub><br>222 S Central Ave<br>#700<br>Clayton, MO 63105 | _____<br>_____<br>_____<br>_____ | $ 8,000.00 | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>☑ Services<br>❏ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br><sub>Insider's name</sub><br>_____<br>_____ | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br><sub>Insider's name</sub><br>_____<br>_____ | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | _____ | | _____ | $_____ |
| | Creditor's name | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

### Part 3:   Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Francisco Marques  v. Rebel Arms, Thomas A Patti | LL/T | Monroe County Magisterial District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>MJ-43302-LT-0000030-2019<br>_____ | | | |
| 7.2. | **Case title**<br>Commonwealth of Pennsylvania v. Rebel Arms Corp | | **Court or agency's name and address**<br>Monroe County Magisterial District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>MJ-43201-TR-0001322-2019<br>_____ | Traffic Ticket | | |

Case 5:19-bk-01175-RNO    Doc 1    Filed 03/25/19    Entered 03/25/19 15:26:31    Desc
Main Document      Page 37 of 57

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | ARM Lawyers | | 3/20/19 | $ 7,000.00 |
|  | **Address** | | | |
|  | **Email or website address** | | | |
|  | _____ | | | |
|  | **Who made the payment, if not debtor?** | | | |
|  | Peter Joseph | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
|  | **Address** | | | |
|  | **Email or website address** | | | |
|  | _____ | | | |
|  | **Who made the payment, if not debtor?** | | | |
|  | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  | _____ | | _____ | $_____ |
|  | **Trustee** | | | |
|  | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| Relationship to debtor | | | |
| _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____  To _____ |
| 14.2. | From _____  To _____ |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Case 5:19-bk-01175-RNO    Doc 1    Filed 03/25/19    Entered 03/25/19 15:26:31    Desc
Main Document    Page 41 of 57

Debtor    Rebel Arms Corp.                                         Case number *(if known)* _____

          Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC Bank<br>Name | XXXX– 6022 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 11/1/18 | $ 0.00 |
| 18.2. | PNC Bank<br>Name | XXXX– 6006 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 11/1/18 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Streamline Storage<br>Name<br>166 Progress St.<br>East Stroudsburg, PA 18301 | Thomas Patti | Misc. supplies | ☐ No<br>☑ Yes |
| **Address**<br>67 Mill Creek Road<br>East Stroudsburg, PA 18301 | | | |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Kirk Summa & Co LLP<br>Name<br>1, Dansbury Terrace, East Stroudsburg, PA 18301 | From 01/01/2016 _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Kirk Summa & Co LLP<br>Name<br>1, Dansbury Terrace, East Stroudsburg, PA 18301 | From 01/01/2016 _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Kirk Summa & Co LLP<br>Name<br>1 Dansbury Terrace, East Stroudsburg, PA 18301 | |

Case 5:19-bk-01175-RNO    Doc 1    Filed 03/25/19    Entered 03/25/19 15:26:31    Desc
Main Document    Page 45 of 57

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Patti | 67 Mill Creek Road, East Stroudsburg, PA 18301 | President | 100 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kenneth Ladlee | 910 Potomac St. Mt. Bethel Pa 18342 | Secretary; 16% Shareholder | 01/01/2015 To 08/01/2018 |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Thomas Patti | 10,000.00 | 6/1/18 | Wages |
| Name | | | |
| 67 Mill Creek Road East Stroudsburg, PA 18301 | | 5/1/18 | |
| | | 4/1/18 | |

| Relationship to debtor |
|---|
| Shareholder, Officer | | _____ |

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/25/2019
           MM / DD / YYYY

✖ /s/ Thomas Patti           Printed name   Thomas Patti
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

**Continuation Sheet for Official Form 207**

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Primary Weapons Systems, Inc., 255 N. Steelhead Way, Boise, ID 83704 | $8,896.00 | Suppliers or vendors |
| Business Backer, LLC, 10856 Reed Hartman Highway Suite 100, Cincinnati, OH 45242 | $31,000.00 | Monies loaned / advanced |

**7) Legal Actions**

Primary Weapons Systems, Inc. v. Rebel Arms Corp.

8494 cv 2018

Monroe County Court of Common Pleas

610 Monroe Street, Stroudsburg, PA 18360

Pending

-------

Business Backer LLC v. Rebel Arms Corp.

2018 CV 04979

Court of Common Pleas, Montgomery County Ohio

Concluded

-------

**IN RE:**                                             Case No._____

Rebel Arms Corp.
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Thomas Patti<br>67 Mill Creek Road, East Stroudsburg, PA 18301 | 100 | President |

ADT Security Services
PO Box 650485
Dallas, TX 75265

Aetna
PO Box 67103
Harrisburg, PA 17106

Ally Financial
1185 6th Ave,
New York, NY 10036

American Coradius International, LLC
35A Rust Lane
Boerne, TX 78006

American Express
Global Merchant Services
PO Box 299051
Fort Lauderdale, FL 33329

Axem Distributing Inc.
PO Box 1495
Gallatin, TN 37066-1495

Azimuth Technology
10130 Market St.
Naples, FL 34112

Barclays
Card Services
P.O. Box 8801
Wilmington, DE 19899-8801

Blue Ridge Communications
PO Box 316
Palmerton, PA 18071

Bootleg Inc
2334 N Welford PL
Boise, ID 83704

Business Backer, LLC
10856 Reed Hartman Highway
Suite 100
Cincinnati, OH 45242

CST Co.
PO Box 33127
Louisville, KY 40232

Capital One
PO Box 30281
Salt Lake City, UT 84130

Chase
PO Box 15123
Wilmington, DE 19850

Clearant LLC
222 S Central Ave
Clayton, MO 63105

Craddock Precision
414 S. Grove Street
Lexington, IL 61753

Credit Collection Services
725 Canton Street
Norwood, MA 02062

EOTech, Inc.
1201 E. Ellsworth
Ann Arbor, MI 48108

El Hefe, Inc.
6 Tiffany Drive
Scranton, PA 18505

Forward Controls Design
17104 Palisades Circle
Pacific Palisades, CA 90272

Francisco Marque
65 Mill Creek Road
East Stroudsburg, PA 18301

GSD Coatings
2 Industrial Dr
Suite G
Keyport, NJ 7735

Griffin Armament
801 South 12th St
Watertown, WI 53094

IPFS Corporation
30 Montgomery St.
Jersey City, NJ 07302

Jane Joseph
117 Joseph Lane
East Stroudsburg, PA 18301

Jason  Troxell
133 Steele Road
Plymouth, PA 18651

Jeff Sladkus, Esq.
444 Madison Avenue,
6th Floor
New York, NY 10022

Jeffrey R. Pfirrman
Graydon Head & Ritchey LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202

Jessup Police Department
395 Lane St
Jessup, PA 18434

Kenneth Ladlee
910 Potomac St.
Mt. Bethel, PA 18342

Kirk Summa & Company
1, Dansbury Terrace
East Stroudsburg, PA 18301

Michael Pittenger
500 East Las Olas Blvd.
Apt 3301
Fort Lauderdale, FL 33301

Mission First Tactical
411 Caredean Dr
Ste. E
Horsham, PA 19044

National Revenue Center, TTB
Excise Tax
P.O. Box 979055
Saint Louis, MO 63197

PNC Bank
249 Fifth Avenue,
One PNC Plaza
Pittsburgh, PA 15222

Patriot Cases
118 Cypress Pointe
Smithfield, NC 27577

PayPal Inc.
2211 North First Street
San Jose, CA 95131

Paychex of New York, LLC
1550 Pond Road
Suite 302
Allentown, PA 18104

Peter Joseph
50 Club Court
Stroudsburg, PA 18360

Primary Weapons Systems, Inc.
255 N. Steelhead Way
Boise, ID 83704

Progressive
PO Box 94739
Cleveland, OH 44101

RSR Group, Inc.
4405 Metric Drive
Winter Park, FL 32792

Radian Weapons
875 NE Kingwood Ave
Redmond, OR 97756

RailScales LLC
PO Box 2845
Caremore, OK 74018

SilencerCo LLC
5511 South 6055 West
West Valley City, UT 84118

Streamline Storage
166 Progress St.
East Stroudsburg, PA 18301

Stroudsburg Parking Enforcement
700 Sarah St.
Stroudsburg, PA 18360

Sweetwater Police Department
500 SW 109th Ave
Miami, FL 33174


The Armory
818 Interchange Rd.
Kresgeville, PA 18333


The Receivable Management Services LLC
PO Box 361348
Columbus, OH 43236


Thomas Patti
67 Mill Creek Road
East Stroudsburg, PA 18301


Thomas Patti
67 Mill Creek
East Stroudsburg, PA 18301


Thomas Patti
67 Mill Creek Road
East Stroudsburg
PA 18301


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


Various Customers who paid for and did not re
Customer list to be provided and Schedul


Verizon
PO Box 489
Newark, NJ 07101


Verizon PA
PO Box 28000
Lehigh Valley, PA 18002


Weapon Works LLC
1833 Anthony Road
Suite A
Burlington, NC 27215

United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Rebel Arms Corp.

                                                           Case No.

                                                           Chapter    11

                 Debtor(s)

**Verification of Creditor Matrix**

     The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____03/25/2019_____          /s/ Thomas Patti
                                          _____
                                          Signature of Individual signing on behalf of debtor

                                          President
                                          _____
                                          Position or relationship to debtor

# United States Bankruptcy Court

Middle District of Pennsylvania

**In re** Rebel Arms Corp.

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 7,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 300.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify) Peter Joseph

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/25/2019

*Date*

/s/ Patrick Best, 309732

*Signature of Attorney*

ARM Lawyers

*Name of law firm*
18 N. 8th St.
Stroudsburg, PA 18360
patrick@armlawyers.com