IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| IN RE:, | Rebel Arms Corp. | : | No. | 5:19-bk-01175 |
| | a Pennsylvania Corporation | : | | |
| | Debtor. | : | | Chapter 11 |

**NOTICE OF APPLICATION AND RESPONSE DEADLINE**

The Debtor filed an Amended Application to Employ Attorney *nunc pro tunc* to March 25, 2019 requesting Patrick J. Best, Esq. and ARM Lawyers be authorized as Debtor's attorney.

If you object to the relief requested, you must file your objection/response by April 9, 2019 with the Clerk of Bankruptcy Court Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy on Debtor's Attorney, Patrick J. Best, Esq. at 18 N. 8th St. Stroudsburg PA 18360.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: <u>March 26, 2019</u>    /s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899
Attorney for Debtor