IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Rebel Arms Corp. : | No. | 5:19-bk-01175 |
| | a Pennsylvania Corporation : | | |
| | Debtor. : | Chapter 11 | |

## CHANGE OF CREDITOR ADDRESS

TO THE CLERK OF COURTS FOR THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:

Please be advised that the address of creditor, Michael Pittenger should be changed as follows:

Old address:

500 East Las Olas Blvd.
Apt. 3301
Fort Lauderdale FL 33301-2585

New address:

Michael Pittenger
7403 Bayshore Drive
Margate City, NJ 08402

Dated: July 19, 2019

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Attorney for Debtor